# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ALFRED O. BONATI, M.D., an individual; and GULF COAST
ORTHOPEDIC CORPORATION d/b/a THE BONATI SPINE
INSTITUTE, a Florida for profit corporation; and MEDICAL
DEVELOPMENT CORPORATION OF PASCO COUNTY, a
Florida for profit corporation,

Petitioners,

v.

CALVIN GOGGANS, JR., individually, RACHEL ANNE KABACH,
his wife, and E.B.G., his natural minor daughter,

and

ROBERT P. UTEG, M.D.,

Respondents.

No. 2D23-1211

_____

February 2, 2024

Petition for Writ of Certiorari to the Circuit Court for Pasco County;
Declan P. Mansfield, Judge.

Samuel J. Heller of Heller Law, PLLC, St. Petersburg, for Petitioners.

Gabriel S. Saade of The Saade Law Firm, P.A., Coral Gables, for
Respondents Calvin Goggans, Jr., Rachel Anne Kabach, and E.B.G.

No appearance for Respondent Robert P. Uteg, M.D.

PER CURIAM.

Denied.

SLEET, C.J., and LaROSE and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.